1
2
3
4
5
6
7
8                             UNITED STATES DISTRICT COURT
9                            NORTHERN DISTRICT OF CALIFORNIA
10                                    SAN JOSE DIVISION
11

12  PIOTR J. GARDIAS,                      )   Case No.: C 08-5498 PVT
                                           )
13                  Plaintiff,             )   **ORDER REFERRING THIS CASE TO**
                                           )   **MAGISTRATE JUDGE HOWARD R.**
14          v.                             )   **LLOYD FOR CONSIDERATION OF**
                                           )   **WHETHER CASE IS RELATED TO**
15  THE CALIFORNIA STATE                   )   **CASE NO.  5:07-CV-06242 HRL**
    UNIVERSITY, et al.,                    )
16                                         )
                    Defendants.            )
17  _____)

18
        It has come to the court's attention that this case may be related to an earlier-filed case
19
    pending before Magistrate Judge Howard Lloyd, *Gardias v. The California State University, et al.,*
20
    case no. 5:07-cv-06242-HRL.[1]  Thus, it is appropriate to consider whether these two cases are
21
    "related" such that they should be assigned to the same judge.  *See* Civil L.R. 3-12(c).  Therefore,
22
        IT IS HEREBY ORDERED that this case is referred to Magistrate Judge Lloyd for
23
    consideration of whether this case is related to the earlier filed case pending before him.
24
    Dated: *12/10/08*
25
                                                    _____
26                                                  PATRICIA V. TRUMBULL
                                                    United States Magistrate Judge
27

28      [1]     The holding of this court is limited to the facts and the particular circumstances
    underlying the present motion.

ORDER, *page 1*

1
2  ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***
3
4  <u>copies mailed on</u>   *12/11/08*       to:
5  Piotr J. Gardias
   72 Floyd St.
6  San Jose, CA  95110
7
8                                          <u> /s/ Donna Kirchner          for </u>
                                           CORINNE LEW
                                           Courtroom Deputy
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28