*E-FILED 5/6/2009*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS, | No. C08-05498 HRL |
| Plaintiff, | **ORDER RE PLAINTIFF'S MAY 1, 2009 NOTICE** |
| v. | |
| THE CALIFORNIA STATE UNIVERSITY, SAN JOSE STATE UNIVERSITY, | |
| Defendant. | |

The court has received a document filed by plaintiff on May 1, 2009 in which he "asks Clerk to remove plaintiff's complaint Case No. C08-05498 HRL." (Docket No. 25). Although it is not crystal clear what plaintiff intends, it appears that this document is meant to be a notice of voluntary dismissal. He is within his rights to do so. See Fed.R.Civ.P. 41(a)(1). This court believes that plaintiff would like to voluntarily dismiss this lawsuit without prejudice – i.e., the matter will be over, all scheduled appearances and hearings will be vacated, the court's file will be closed, and the case will be terminated.

However, if this is not what plaintiff intends, then **no later than June 5, 2009**, he shall so advise this court in writing (with a copy served on defendant). If the court does not hear from plaintiff by the June 5, 2009 deadline, it will (a) assume that plaintiff's silence means that he intends to have this case dismissed and (b) direct the Clerk of the Court to terminate this

1 lawsuit and close the file.
2   SO ORDERED.
3 Dated:  May 6, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **5:08-cv-5498 Notice electronically mailed to:**

2  Mary Susan Cain-Simon Mary.CainSimon@doj.ca.gov, Leticia.MartinezCarter@doj.ca.gov

3  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

4

5  **5:08-cv-5498 Notice mailed to:**

6  Piotr J. Gardias
7  72 Floyd St.
   San Jose, CA 95110